UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21268-CIV-JORDAN

EDMUND BROWN,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

**DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR EXTENSION OF TIME: FED.R.CIV. P. 56(d)**

    COMES NOW the Defendant, CARNIVAL CRUISE LINES, by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, as well as Local Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida and files this its Reply to Plaintiff's aforementioned Memorandum and advises as follows:

    1.    The Defendant does not oppose the Plaintiff's Motion for Extension of Time as requested pursuant to Rule 56(d) of the Federal Rules of Civil Procedure. By stipulation for Order extending discovery cut off and expert disclosure dates prepared December 16, 2011, the Defendant had previously agreed to a discovery cut off of January 15, 2012 and expert discovery cut off of February 3, 2012. Since that time, and

upon further agreement of the Defendant, Plaintiff's counsel has obtained the deposition of Carnival SPLENDOR'S Housekeeping Manager Maria Linda Lazar on Sunday, January 15, 2012 in Long Beach, California. The deposition of Carnival SPLENDOR'S Safety Office Giovanni Cesarale had also been arranged for that date. However, whereas Plaintiff's counsel took additional time to complete the deposition of the Housekeeping Manager and in part due to the scheduling problems of the safety officer, the deposition of Safety Officer Cesarale could not be completed on the chosen date of January 15, 2012.

2. As such, counsel for the Defendant again agreed with Plaintiff's counsel for an extension of time up to and including Sunday, February 19, 2012 for the parties to complete their discovery efforts.

3. On that date, the Plaintiff will have the opportunity to depose Safety Officer Giovanni Cesarale in the presence of Plaintiff's expert Jay Preston. Thereafter, undersigned counsel will depose the Plaintiff's expert Jay Preston, followed by the taking of the deposition of defense expert, Andrew Madden by Plaintiff's counsel. These depositions will take place in Long Beach, California.

4. Notwithstanding, and to the extent that the Plaintiff wishes to depose Jerry Sher, M.D. who performed the compulsory medical examination of the Plaintiff, as well as the Defendant's "designated person" with regard to the Defendant's Safety Management System, the Defendant agrees to an extension of time beyond February 19, 2012 for the completion of those depositions as well. Otherwise, the Defendant objects to counsel's assertion that his discovery efforts have been "frustrated" (see Declaration of

Arnold I. Berschler in Support of Plaintiff's Motion pursuant to F.R.C.P. 56(d)).

The Defendant had initially objected to the Plaintiff's initial set of interrogatories and request for production. The vast majority of those objections were amicably resolved without the need of a Motion to Compel or hearing. The Defendant has since provided supplemental responses to those interrogatories and request for production. The Defendant has responded to additionally written discovery propounded by the Plaintiff as well and the Defendant will soon timely comply with the Court's Order of February 1, 2012 regarding the last of the Defendant's discovery objections.

5. To date, the Defendant has taken the opportunity to depose the Plaintiff and his wife, while the Plaintiff has taken the opportunity to depose the shipboard security officer, as well as the shipboard Housekeeping Manager. These depositions are in addition to the multiple damages related depositions obtained from witnesses from Hawaii on behalf of the Plaintiff.

6. As indicated, Defendant does not oppose any extension of time on behalf of the Plaintiff to afford the Plaintiff the opportunity to gather evidence and testimony to be utilized in opposition to the Defendant's Motion for Summary Judgment. However, the Defendant does object to the Plaintiff's reference in its Memorandum that "Plaintiff's counsel is informed, believes and alleges that Defendant improperly and defectively attempted to file the deposition transcripts of Edmund Brown (document No. 27) and Misty Brown (document No. 39) in support of the motion. (Judicial notice is requested)." The Defendant objects to such a reference whereas the deposition transcripts were indeed properly filed in support of the Defendant's motion and are easily accessed by the Court

CASE NO. 11-21268-CIV-JORDAN

and counsel. As such, the Plaintiff's assertion is misplaced at best and at worst, simply unsupported in fact.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

J. MICHAEL MAGEE, ESQ.
CARNIVAL CRUISE LINES
Attorney for Defendant
3655 N.W. 87th Avenue
Miami, Florida 33178
Telephone: (305) 599-2600 Ext. 18026
Direct Line: (305) 406-5453
Facsimile: (305) 406-4732
Federal Court Fax No. (305) 406-5347


By: */s/ J. Michael Magee, Esq.*
    J. MICHAEL MAGEE, ESQ.
    FL BAR NO. 739642

CASE NO. 11-21268-CIV-JORDAN

EDMUND BROWN vs. CARNIVAL CORPORATION d/b/a/ CARNIVAL CRUISE LINES

CASE NO. 11-21268-CIV-JORDAN/

**SERVICE LIST**

| | |
|---|---|
| ROBERT C. GROSS, ESQ. | J. MICHAEL MAGEE, ESQ. |
| FL BAR NO. 0199478 | FL BAR NO. 739642 |
| LAW OFFICES OF ROBERT C. GROSS, P.A. | CARNIVAL CRUISE LINES |
| Attorney for Plaintiff | Attorney for Defendant |
| 9400 S. Dadeland Boulevard – Suite 300 | 3655 N.W. 87th Avenue |
| Miami, Florida 33156 | Miami, Florida 33178 |
| Telephone: 305-856-9933 | Telephone: (305) 406-5453 |
| Facsimile: 305-856-4006 | Facsimile: (305) 406-4732 |

ARNOLD I. BERSCHLER, ESQ.
Co-Counsel for Plaintiff
BERSCHLER ASSOCIATES PC
22 Battery Street
Suite 810
San Francisco, California 94111
Telephone: (415) 398-1414