UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-21268-CV-WILLIAMS-TURNOFF

EDMUND BROWN,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Defendant's Motion for Summary Judgment (DE 40) and Defendant's Motion to Strike Purported Claim for Consortium Related Damages (DE 42). Upon review of the record and the motions, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)     In light of Defendant's concession that its motion should be denied as premature under Federal Rule of Civil Procedure 56(d) (*see* Reply at 1), Defendant's Motion for Summary Judgment is **DENIED**. However, the Court notes that the deadlines for both discovery and pretrial motions have passed under the operative scheduling order (DE 13), notwithstanding any agreements separately negotiated by the parties.

(2)     Defendant's Motion to Strike Purported Claim for Consortium Related Damages (DE 42) is **DENIED**. The motion is styled as a motion to strike pursuant to Federal Rule of Civil Procedure 12(f). The rule provides that such motions must be made "within 20 days after being served with the

pleading," which would have made Defendant's motion due over nine months ago. See FED. R. CIV. P. 12(f)(2). Moreover, as the opposition asserts, Plaintiff's complaint does not purport to recover for consortium-related damages. See Compl. ¶ 20 (stating that as a result of injuries, Plaintiff "has suffered physical injury, physical pain and mental anguish, incurred various medical and related expenses, with loss of physical functions, loss of enjoyment of life, loss of earnings and loss of ability to earn money").

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record